Big Ling LAU, Plaintiff–Appellant,

v.

Ex–President KELITEN, Defendant–Appellee.

No. 02–15496.
D.C. No. CV–02–00326–MJJ.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Big Ling Lau appeals pro se the district court's order denying leave to proceed in forma pauperis and dismissing without leave to amend her civil rights action

---

against "Ex–President Keliten." We have jurisdiction under 28 U.S.C. § 1291, and, after de novo review, we affirm. *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir. 1998) (order).

Because Lau's complaint alleged "wholly fanciful" facts, the district court properly dismissed her action. *See Franklin v. Murphy,* 745 F.2d 1221, 1228 (9th Cir. 1984).

Lau's remaining contentions are rejected as unintelligible.

All pending motions are denied.

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Lau's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

